UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., : | |
| : | |
| Plaintiff, : | Case No. 22-cv-10373 |
| : | |
| v. : | Judith E. Levy |
| : | United States District Judge |
| CHARRISSE'S LOUNGE LLC, CHARRISSE : | |
| HORTON, AND HENRY MOORE, JR., : | Mag. Judge Jonathan J.C. Grey |
| : | |
| Defendants. | |
| _____/ | |

## ORDER FOR JUDGMENT

This case is before the Court on Plaintiff Joe Hand Promotions, Inc.'s Motion for Default Judgment. (ECF No. 12.) On November 3, 2022, the Court held a hearing in which Plaintiff's counsel appeared, but Defendants Charrisse's Lounge LLC, Charrisse Horton, and Henry Moore, Jr. (or counsel for Defendants) did not appear.[1] Upon consideration of Plaintiff's Motion, the accompanying Memorandum of Points and Authorities in Support thereof and evidence, the pleadings on file, and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605, and recognizes Plaintiff's election to seek statutory damages solely under 47 U.S.C. § 605. The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendants failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's Original Complaint are deemed admitted against Defendants; that Defendants exhibited the *Deontay Wilder vs. Tyson*

---

[1] A certificate of service dated August 5, 2022 indicates that Defendants were served with a copy of the Court's hearing notice. The docket does not reflect that the hearing notice was returned to the Court as undeliverable.

*Fury II* Broadcast, including all undercard bouts and commentary, scheduled for February 22, 2020, without authorization from Plaintiff; and that Defendants' actions were willful and for purposes of direct or indirect commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

1. That Judgment by default be entered in favor of Plaintiff and against Defendants Charrisse's Lounge LLC, Charrisse Horton, and Henry Moore, Jr.

2. That Plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants in the amount of $1,450.00.

3. That Plaintiff recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants in the amount of $5,000.00.

4. That Plaintiff recover attorney fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) in the amount of $1,500.00 relating to the prosecution of this matter.

5. That Plaintiff recover costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) in the amount of $402.00 relating to the prosecution of this matter.

6. The Court also awards Plaintiff post-judgment interest on the amounts awarded herein at the statutory rate from the date of this Judgment until paid.

7. This Judgment is a final judgment.

    SO ORDERED.

Date: November 9, 2022            s/Judith E. Levy
      Ann Arbor, Michigan        JUDITH E. LEVY
                                          United States District Judge

CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 9, 2022.

                                               s/William Barkholz
                                               WILLIAM BARKHOLZ
                                               Case Manager